IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLAYTON WATKINS                                                                    PLAINTIFF

v.                                      NO. 4:17CV00724 JLH

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON                                                                          DEFENDANT

**ORDER OF DISMISSAL**

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 29th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE